# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **POINTWISE VENTURES LLC**, <br><br>    Plaintiff, <br><br> vs. <br><br> **GOOGLE LLC**, <br><br>    Defendant. | **Civil Action No. 6:24-cv-00293-RP** <br><br> **Jury Trial Demanded** |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME

Before the Court is the parties' Joint Motion For Extension Of Time. The Court, finding good cause to grant the Motion, hereby GRANTS the motion and ORDERS the following amendment to the Scheduling Order:

| Item | Prior Due Date | Date |
|---|---|---|
| Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). | May 15, 2025 | May 22, 2025 |

SIGNED this _____ day of May, 2025

                                                                ROBERT PITMAN
                                                               U.S. DISTRICT JUDGE